IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-1299-WDM-MJW

ANTHONY TYRONE SANDERS,

    Plaintiff,

v.

UNDER DEPUTY [sic] SHERIFF, et al.,

    Defendants.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

    This matter is before me on the recommendation of Magistrate Judge Michael J. Watanabe, issued August 25, 2005, that defendants' joint motion to dismiss be granted and this case be dismissed for the failure of plaintiff Anthony Sanders to comply with court orders. Sanders did not file an objection to this recommendation and therefore is not entitled to *de novo* review. 28 U.S.C. § 636(b).

    I have reviewed the pertinent portions of the record in this case, including the joint motion to dismiss and the exhibits attached thereto, Sanders's response, the minutes of the August 12 and 25, 2005 proceedings before Magistrate Judge Watanabe, the August 12, 2005 order to show cause, and the recommendation. I agree with the recommendation's analysis of the factors set forth in *Ehrenhaus v. Reynolds*, 965 F.2d 916, 921 (10th Cir. 1992), and conclude that the sanction of dismissal is warranted in this case based on Sanders's failure to prosecute this case,

failure to comply with court orders and rules of procedure, and failure to appear for scheduled court proceedings.  I will also accept the recommendation that Sanders be directed to pay defendants' reasonable attorney fees and costs in connection with their counsels' appearance at the August 12 and 25, 2005 hearings.

Accordingly, it is ordered:

1. The recommendation of Magistrate Judge Watanabe, issued August 25, 2005, is accepted.
2. The joint motion to dismiss, filed July 28, 2005, is granted.
3. This case is dismissed with prejudice pursuant to Fed. R. Civ. P. 16(f) and 41(b).
4. Plaintiff shall pay defendants' reasonable attorney fees and costs associated with having their attorneys appear at the August 12, 2005 status conference and the August 25, 2005 show cause hearing.
5. The Clerk of the Court shall send, by regular mail, a copy of this Order to plaintiff at the following address: 1105 Farragut, Colorado Springs, CO  80909.

DATED at Denver, Colorado, on October 20, 2005.

BY THE COURT:


/s/ Walker D. Miller
United States District Judge